## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MELANIE WHISLER,**

    **Plaintiff,**

    **vs.**                                                                Cause No.  05-CV-857 DRH

**INTIER AUTOMOTIVE INTERIORS**
**OF AMERICA, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.-------------------------------------------------------------------------

                                                      **NORBERT G. JAWORSKI, CLERK**

January 8, 2007                              By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED:/s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**